# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Ismir Tiric**
       Plaintiff(s)

vs.                                     **CASE NUMBER: 5:19-cv-445 (DEP)**

**Commissioner of Social Security**

       Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's motion for judgment on the pleadings is GRANTED. The Commissioner' determination that plaintiff was not disabled at the relevant times, and thus is not entitled to benefits under the Social Security Act, is VACATED. The matter is hereby REMANDED to the Commissioner, for further proceedings consistent with the attached transcript. The clerk is directed to enter judgment, based upon this determination, remanding the matter to the Commissioner pursuant to sentence four of 42 U.S.C. Section 405(g).

All of the above pursuant to the order of the Honorable Judge David E. Peebles, dated the 30th day of September, 2020.

DATED: September 30, 2020

_____
Clerk of Court

                                            s/Kathy Rogers
                                            Deputy Clerk